UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| DAVID HOWARD MICHAEL, | ) | No. ED CV 15-37-AB (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| TIM PEREZ, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is dismissed with prejudice.

DATED: July 21, 2015

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE